EL PUEBLO, DEMANDANTE Y APELADO, *v.* SANTOS, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Guayama en causa por infracción al artículo 338 del Código Penal.

No. 1541.—Resuelto en junio 10, 1920.

DELITOS CONTRA LA SALUD PUBLICA—PRUEBA NECESARIA.—Para que una persona pueda ser convicta del delito de vender carne en estado de descomposición es preciso probarle que la vendía sabiendo que estaba descompuesta.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. C. Domínguez Rubio.*

Abogado del apelado: *Sr. J. E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

El apelante Luis Santos Burgos fué condenado a pagar una multa porque vendía carne a sabiendas de que estaba en descomposición y solicita que revoquemos la sentencia y

lo absolvamos porque no se ha probado el hecho de que sabía el estado en que se hallaba esa carne. Por el mismo motivo el fiscal de esta Corte Suprema solicita también la absolución.

Hemos examinado la prueba que se presentó en el juicio y en efecto hay carencia absoluta de evidencia que tienda a probar ese extremo; prueba que es necesaria en esta clase de delito, según declaramos en el caso de *El Pueblo* v. *Matos,* 22 D. P. R. 649.

La sentencia apelada debe ser revocada y absolverse al apelante.

> *Revocada la sentencia apelada, absolviendo al acusado.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Hutchison.

El Juez Asociado Sr. Wolf no intervino en la resolución de este caso.